**BARCLAY DAMON**LLP

**Joseph Stanganelli**
*Partner*

November 10, 2020

**(Via email: colleen_holland@nywd.uscourts.gov)**

Hon. Elizabeth A. Wolford
United States District Judge
United States District Court for the
Western District of New York
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York  14614

Re:     *Steuben Foods, Inc. v. Oystar USA, Inc. et al.*, No. 10-cv-00780-EAW-JJM

Dear Judge Wolford:

Plaintiff Steuben Foods, Inc. ("Steuben") respectfully requests leave to file a reply to Defendant Kan-Pak, LLC's ("Kan-Pak's") November 6, 2020, Response [Dkt. 404 in Case No. 10-780] to Steuben's Objections to the Report and Recommendation dated September 3, 2020. Steuben requests leave to file such a reply of up to five (5) pages, within one (1) week of an order granting such leave.

Steuben has conferred with counsel for Kan-Pak, and Kan-Pak has no objection to this request.

Please let us know if the Court has any questions or requires anything further.  Thank you for your consideration of this request.

Respectfully,

*/s/ Joseph Stanganelli*

Joseph Stanganelli

cc:     Defense Counsel

SO ORDERED

ELIZABETH A. WOLFORD
United States District Judge
DATED: 11/16/2020

160 Federal Street - Suite 1001 - Boston, Massachusetts 02110  barclaydamon.com
jstanganelli@barclaydamon.com  Direct: (617) 274-2902  Fax: (617) 722-6003